FILED
2025 Nov-20  AM 11:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JAMES MCCONICO, JR., <br><br>     Plaintiff, <br><br> v. <br><br> CITY OF BIRMINGHAM, <br> OFFICER BANKS, <br> MICHELE AUSTIN (MCCONICO), <br> MICHAEL GREGG, JR., <br> MAGISTRATE ARTHUR TEELE, <br> MAYOR RANDALL WOODFIN, <br> FEDERAL BUREAU OF <br> INVESTIGATION, <br> U.S. DRUG ENFORCEMENT <br> ADMINISTRATION, <br><br>     Defendants. | CIVIL ACTION NO. |

## NOTICE OF REMOVAL

COMES NOW the Federal Defendants, Federal Bureau of Investigation ("FBI") and the Drug Enforcement Administration ("DEA"), by and through Prim F. Escalona, United States Attorney for the Northern District of Alabama, and Chad W. Cowan, Assistant U.S. Attorney, and gives notice of removal of the above-captioned civil action pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446(b)(3), and shows as follows:

1

1.      The FBI and DEA, federal agencies, are named as Defendants in a civil action now pending in the Circuit Court of Jefferson County, Alabama, in Case No. CV-2025-900900.00.   *See* Doc. 1-35, Amended *Pro Se* Complaint. Plaintiff filed this amended complaint on October 7, 2025.  *Id*.

2.  The Original *Pro Se* Complaint was filed on March 7, 2025, naming as defendants the City of Birmingham, Officer Banks, Michele Austin (McConico), Detective John Doe, and Detective Mary Doe.   *See* Doc. 1-3.   Subsequently, Plaintiff filed amended *pro se* complaints on May 30, 2025 (Doc. 1-13), July 25, 2025 (Docs. 1-26 and 1-27), August 11, 2025 (Doc. 1-30), and September 11, 2025 (Doc. 1-32).

3.  On July 16, 2025, and September 29, 2025, respectively, Plaintiff filed motions to add defendants, including the FBI and DEA.   *See* Docs. 1-19, 1-33. Plaintiff then filed the most recent amended *pro se* complaint, and current operative complaint, on October 7, 2025.  *See* Doc. 1-35.

4.  Summons were issued to the FBI and DEA in conjunction with the most recent amended complaint.  *See id*. at 1-3 (DEA), 4-7 (FBI).  A return of service was filed for both FBI and DEA indicating service on October 29, 2025.  *See* Docs. 1-41 (DEA), 1-42 (FBI); *see also* 28 U.S.C. §1446(b)(3) (removal within 30 days of an amended complaint).

2

5. Defendant will soon file a Motion to Dismiss Plaintiff's Amended *Pro Se* Complaint: (1) for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1); (2) for failure to state claims for which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6); (3) and as a shotgun pleading pursuant to Fed. R. Civ. P. 8(a)(2).

6. Under 28 U.S.C. § 1442(a)(1), actions commenced in state court against federal officers or agencies can be removed to federal district court for proper disposition. *See City of Jacksonville v. Department of Navy*, 348 F. 3d 1307, 1310-1311 (11th Cir. 2003) (28 U.S.C. § 1442(a)(1) authorizes removal by the United States and its agencies to assert sovereign immunity).

7. Federal Defendants file herewith copies of the summons, most recent Amended *Pro Se* Complaint, and returns of service, Docs. 1-35, 1-41, 1-42—as well as other pleadings and documents filed by Plaintiff (Docs. 1-2 through 1-44) in the Circuit Court of Jefferson County, Alabama, in Case No. CV-2025-900900.00.

WHEREFORE, the aforesaid action is hereby removed from the Circuit Court of Jefferson County, Alabama to the United States District Court for the Northern District of Alabama, Southern Division.

//

//

3

Date: November 19, 2025                Respectfully submitted,

                                       PRIM F. ESCALONA
                                       United States Attorney

                                       **/s Chad W. Cowan**
                                       Chad W. Cowan
                                       Assistant United States Attorney
                                       United States Attorney's Office
                                       1801 4th Avenue North
                                       Birmingham, Alabama 35203
                                       chad.cowan@usdoj.gov
                                       Tel: (205) 244-2107
                                       Fax: (205) 244-2181
                                       **Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of Court, Northern District of Alabama, on November 19, 2025, and served upon Plaintiff by sending a copy via certified mail, to:

James McConico, Jr.
#117395
Dorm E-1
G.K. Fountain C.F.
9677 Highway 21 North
Atmore, Alabama 36503

Additionally, on behalf of Defendants City of Birmingham, Officer Banks, Arthur Teele, and Randall Woodfin, copies will be sent to Pamela T. Jones, Assistant City Attorney, who has filed a "Motion to Quash Alleged Service" on behalf of each.  *See* Docs. 1-10 (Officer Banks), 1-11 (City of Birmingham), 1-37 (Arthur Teele), 1-38 (Randall Woodfin).  The copies will be sent via first class mail on November 19, 2025, to:

Pamela T. Jones
Assistant City Attorney
Office of the City Attorney
710 20th North Street, Suite 600
Birmingham, Alabama 35203

Finally, copies will be sent via certified mail to Defendants Michele Austin (McConico) and Michael Gregg, Jr., according to the addresses listed on the state court docket, on November 19, 2025, to:

| | |
|---|---|
| Michael Gregg, Jr. | Michele Austin (McConico) |
| 601 71st Street South | 801 Hixon Street, Apt. F |
| Birmingham, Alabama 35206 | Birmingham, Alabama 35214 |

**/s Chad W. Cowan**
Assistant United States Attorney